```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Therese Lawrence

    v.

                                                    Case No. 21-cv-641-LM

Walgreens

## JUDGMENT

In accordance with the Order by Chief Judge Landya B. McCafferty dated May 26, 2022, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 7, 2022, judgment is hereby entered.

                                              By the Court:

                                            /s/ Daniel J. Lynch
                                            Daniel J. Lynch
                                            Clerk of Court

Date: May 26, 2022

cc:  Therese Lawrence, pro se
     Melinda Caterine, Esq.